PROB 12C
(6/16)

Report Date: April 22, 2026

## United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Apr 22, 2026**

SEAN F. McAVOY, CLERK

ECF No. 75

Name of Offender: Sky Steven Bennett          Case Number: 0980 2:13CR06062-RLP-1

Address of Offender: ███████████, Richland, Washington 99352

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Name of Supervising Judicial Officer: The Honorable Rebecca L. Pennell, U.S. District Judge

Date of Original Sentence: January 13, 2014

Original Offense:       Receipt of Child Pornography, 18 U.S.C. § 2252A(a)(2)

Original Sentence:      Prison - 60 months          Type of Supervision: Supervised Release
                        TSR - 240 months

Asst. U.S. Attorney:    Frieda K. Zimmerman          Date Supervision Commenced: July 5, 2018

Defense Attorney:       Jennifer Rebecca Barnes       Date Supervision Expires: July 4, 2038

---

### PETITIONING THE COURT

To issue a warrant.

On January 10, 2018, at the commencement of Mr. Bennett's period of home confinement authorized by the Bureau of Prisons (BOP), his judgment and conditions were reviewed with him, and he signed a copy memorializing his understanding. These same conditions were reiterated to Mr. Bennett on July 10, 2018, when he officially released from BOP and commenced his term of supervised release.

The probation officer believes that Mr. Bennett has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #15**: You shall neither possess nor have under your control any material that depicts "sexually explicit conduct" involving adults or "minor[s]," "child pornography," or "visual or auditory depictions" of 'minor[s]"engaged in "sexually explicit conduct," all as defined in 18 U.S.C. § 2256. |

**Supporting Evidence**: Mr. Bennett is believed to have violated the conditions of his supervision by having in his possession and control a device containing child pornography on or about April 20, 2026.

On April 20, 2026, the probation officer received an alert from the "Accountable2You" monitoring software that is installed on Mr. Bennett's devices as a way to monitor his Internet activities.  This alert indicated potentially concerning activity on his office computer. The alerts flagged key phrases including "Loli Cat" and "Vaginal Cumshots" on

**Prob12C**
**Re: Bennett, Sky Steven**
**April 22, 2026**
**Page 2**

the Internet Explorer and Partition Wizard applications. The Accountable2You software also alerted Mr. Bennett to these flagged items.

Shortly after the alerts were flagged, Mr. Bennett called the probation officer and reported he was working on recovering data from a device for a client at his business, and he noted files on that device with names indicative of pornography, which is what alerted. The probation officer instructed Mr. Bennett to send the invoice/work order attached to the device that included a serial number as well as a picture of the matching serial number on the device to help corroborate his report. Mr. Bennett informed the device was an SD card, so there was no serial number. The probation officer requested some type of verification that this device was, in fact, a client's. Mr. Bennett forwarded a copy of an invoice as well as a screenshot of the file thumbnails on the drive for the probation officer to review.

Mr. Bennett later called the probation officer and informed he wanted to report to the probation officer that the SD card in question was actually his. Mr. Bennett reported it was his from before his arrest on the instant offense, and it was included in items returned to him at the culmination of his case. He knew there to be pornography on the drive. The probation officer inquired if he viewed any of the files, which he denied. The probation officer then inquired if there was adult-content only within the files or if there was also content involving minors. Mr. Bennett replied, "Both. I think there is both." He fervently requested it be taken from his possession. A probation officer met Mr. Bennett approximately 30 minutes later at his place of business at which time Mr. Bennett voluntarily surrendered the SD card to the officer and placed into evidence.

The probation officer requested the assistance of local Homeland Security Investigations (HSI) Internet Crimes Against Children (ICAC) task force officers as well as the U.S. Attorney's Office in determining what was on the SD card. The device was transferred to an HSI special agent for examination.

The probation officer was later informed the SD card contained child sexual abuse material, including approximately 10 child pornography images that matched series images known to the National Center for Missing and Exploited Children (NCMEC).

2    **Mandatory Condition #2**: The defendant shall not commit another federal, state, or local crime.

**Supporting Evidence**: Mr. Bennett is believed to have violated the conditions of his supervision by having been charged with, and arrested for, a new federal crime on or about April 20, 2026.

In light of the details enumerated for alleged violation 1, a criminal complaint was filed in the U.S. District Court, Eastern District of Washington under docket number 4:26MJ07098-ACE-1, charging Mr. Bennett with 1 count of Possession of Child Pornography, in violation of 18 U.S.C. § 2252A(a)(5)(B), (b)(2).

Mr. Bennett was arrested pursuant to the aforementioned charge on the evening of April 20, 2026.

Prob12C
**Re: Bennett, Sky Steven**
**April 22, 2026**
**Page 3**

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring Mr. Bennett to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    04/22/2026

s/Ashleigh Miller

Ashleigh Miller
U.S. Probation Officer

THE COURT ORDERS

[ ]    No Action
[x]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[x]    Defendant to appear before the Magistrate Judge.
[ ]    Other

Signature of Judicial Officer

April 22, 2026

Date